# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:04cr00236-W

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| DONALD HENDERSON ) | |

THIS MATTER is before the Court on the Government's motion for an extension of time beyond the date of sentencing to establish rightful restitution claims pursuant to the provisions of Title 18, United States Code, Section 3664(d)(5). (Doc. No. 14).

FOR GOOD CAUSE SHOWN, the motion is hereby GRANTED. The Court finds that an extension of time is necessary to provide a more full opportunity to establish a fair and accurate basis for restitution awards in this matter. The parties are expected to report back to the Court on or before April 5, 2007, with a jointly-recommended inventory of specific restitution awards payable to specific victims and, if necessary, a list of potential restitution awards disputed by the parties.

The Clerk is directed to certify copies of this order to defendant, to counsel for Defendant, to the United States Attorney, the United States Marshals Office, and to the U.S. Probation Office.

Signed: January 5, 2007

Frank D. Whitney
United States District Judge