UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04CR236-W |
|---|---|---|
| vs. | ) ) ) | **ORDER TO SEAL** |
| DONALD HENDERSON | ) ) ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Sentencing Memorandum Regarding Restitution, the attached exhibits, and its subsequent Order be sealed.

**NOW THEREFORE IT IS ORDERED** that the Sentencing Memorandum Regarding Restitution, the attached exhibits, and the Order of the Court in this matter be sealed and remain sealed pending further notice of this Court.

This the 7th day of May, 2007

FRANK D. WHITNEY
UNITED STATES DISTRICT JUDGE